Dismissed and Memorandum Opinion filed March 8, 2007








Dismissed
and Memorandum Opinion filed March 8, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00845-CV

____________

 

DISCOVER, by its Servicing Agent,
DISCOVER FINANCIAL SERVICES, Appellant

 

V.

 

BARBARA A. LAWRENCE,
Appellee

 



 

On Appeal from the 270th District
Court

Harris County, Texas

Trial Court Cause No.
2005-25874

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed September 6, 2006.  The clerk=s record was filed on November 16,
2006.  The reporter=s record was filed on November 20, 2006.  No brief was filed.

On
January 11, 2007, this Court issued an order stating that unless appellant
submitted its brief, together with a motion reasonably explaining why the brief
was late, on or before February 12, 2007, the Court would dismiss the appeal
for want of prosecution.  See Tex.
R. App. P. 42.3(b).








Appellant
filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed March
8, 2007.

Panel consists of Justices Yates, Anderson, and
Hudson.